## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Edwin Garcia
                         Plaintiff,

v.                                                   Case No.: 1:19–cv–07870
                                                            Honorable Robert M. Dow Jr.

Nationstar Mortgage LLC
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 7, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. By agreement of the parties, this action is dismissed without prejudice and with leave to reinstate within ninety days. If no motion reinstate is filed on or before 10/5/2021, the dismissal will automatically convert to a dismissal with prejudice, with no further action required by the Court or the parties. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.