# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDWIN GARCIA, | |
| Plaintiff, | Case No. 1:19-cv-07870 |
| v. | Honorable Robert M. Dow Jr. |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, EDWIN GARCIA, and the Defendant, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, through their respective counsel that the above-captioned action is dismissed, with prejudice, against, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 3, 2021                    Respectfully Submitted,

**EDWIN GARCIA**                             **NATIONSTAR MORTGAGE LLC**

*/s/ Nathan C. Volheim*                      */s/ Molly E. Thompson (with consent)*
Nathan C. Volheim (#6302103)                 Molly E. Thompson
*Counsel for Plaintiff*                      *Counsel for Defendant*
Sulaiman Law Group, LTD                      Dykema Gossett PLLC
2500 S. Highland Avenue, Suite 200           10 South Wacker Drive, Ste. 2300
Lombard, Illinois 60148                      Chicago, Illinois 60606
Phone: (630) 575-8181                        Phone: (312) 876-1700
Fax: (630) 575-8188                          Fax: (312) 876-1155
nvolheim@sulaimanlaw.com                     mthompson@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim